B 265
(9/96)

# United States Bankruptcy Court
**Northern** District Of **Illinois**

In re **Harold Towanek**
                Debtor

Case No. **97 B 25863**

Chapter **11**

_____
        Plaintiff

v.

_____
        Defendant

Adv. Proc. No. _____

CLERK, US DISTRICT
MIDDLE DISTRICT
JACKSONVILLE FLORIDA

2012 FEB -9 AM 10:32

FILED

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on **July 27, 1998** as it appears in the records of this court, and that:
                                                                                         (date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                                    (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
            (name of court)                                            (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on

_____.
      (date)

This is to certify that the within and attached document is a full true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT
By _____
        Deputy Clerk
Dated: 2-6-2012
        Date

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court
_____
Clerk of the Bankruptcy Court

By _____
        Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

For the __Northern__ District of __Illinois__

This is to certify that the within and attached document(s) is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

Kenneth S. Gardner
Clerk of Court

By: __Lenene Williams__
Deputy Clerk

Dated: __1/26/2012__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION            E O D   AUG 4 - 1998

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| HAROLD A. TOMANEK, | ) | |
| ▬▬▬▬▬▬▬ | ) | Bankruptcy No. 97 B 25863 |
| | ) | |
| | ) | |
| ▬▬▬▬▬▬▬ | ) | Judge John D. Schwartz |
| Hanover Park, Illinois 60103 | ) | |
| | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION
FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES**

THIS MATTER came to be heard on the Application for Interim Compensation for Professional Services and Reimbursement of Expenses of Forrest L. Ingram and Forrest L. Ingram, P.C., attorney for Debtor and Debtor in Possession. Copies of the fee petition were served on the Debtor, the United States Trustee, and all parties entitled to notice. Due notice of this hearing was served on the Debtor, the U.S. Trustee and all parties in interest, and a certificate of such service has been filed with the Court. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. Sec. 1334. This is a core proceeding pursuant to 28 U.S.C. sec. 157(b)(2)(A). The Court being fully advised in these premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows: :**

1. Forrest L. Ingram P.C. is awarded $ 20,533.50 of the professional compensation requested for the time period beginning Late August, 1997 and ending in Early April, 1998.

2. Forrest L. Ingram, P.C. is awarded reimbursement of expenses incurred during the same time period in the total amount of $1,444.74.

3. Forrest L. Ingram, P.C. is authorized to apply the $ 5,000.00 retainer to his fees and the $800.00 filing fee to his expenses.

4. The Debtor and Debtor in possession is authorized and directed to pay to Forrest L. Ingram, P.C. the total net aggregate sum of $ 16,978.24 for compensation for services and reimbursement of expenses.

5. The hearing on Applicant's Interim Application for Compensation for Professional Services and Reimbursement of Expenses is hereby concluded.

Dated: 7/27/98

BY THE COURT

The Honorable John D. Schwartz
Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.